IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN O. MARABLE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-3291-N-BN |
| | § | |
| DEPARTMENT OF COMMERCE, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff John O. Marable, Jr.'s Notice of Praecipe to Enter Judgment by Default [Dkt. No. 11] to the extent that filing is a motion for default judgment against Defendant U.S. Department of Commerce.

SO ORDERED this 14th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE