IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN O. MARABLE, JR., | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:18-cv-3291-N-BN |
| DEPARTMENT OF COMMERCE, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff John O. Marable, Jr. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff John O. Marable, Jr.'s motion for a temporary restraining order and a preliminary injunction [Dkt. No. 34].

SO ORDERED this 20th day of December, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE